UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

ERICA CARNEY,                                                                                               Plaintiff,

v.                                                                                    Civil Action No. 3:16-cv-468-DJH-CHL

EQUIFAX INFORMATION SERVICES,
LLC,                                                                                                        Defendant.

\* \* \* \* \*

## ORDER

Plaintiff Erica Carney has filed a "stipulation of dismissal with prejudice" with respect to her claims against Defendant Equifax Information Services, LLC in this matter. (Docket No. 6) As the document is not signed by Equifax and Equifax has filed neither an answer nor a motion for summary judgment, the Court construes Carney's filing as a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  *Cf.* Fed. R. Civ. P. 41(a)(1)(A)(ii) (stipulation of dismissal must be "signed by all parties who have appeared").  Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this action stands **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and is **STRICKEN** from the Court's active docket.